United States District Court

Eastern District of Virginia

Donald Smith,
Plaintiff

v.

Case number: 2:18cv36

Virginia Supportive Housing
Defendant

## "Misrepresentation"

Grounds for Jurisdiction, key Funders of Virginia Supportive Housing Crescent Square Apartments (The Defendant) a provider of low-income housing) include the U.S. Department of Housing and Urban Development. Donald Smith, Plaintiff Pro Se, file this Civil action against the Defendant, under the false Claim Act.

On 4/14/2016 Plaintiff, received a call from Crescent Square Apartments. Later the day at 1333 Diamond Springs Road, Virginia Beach, Virginia Plaintiff was given a Rental application and completed it in the front office.

The Defendant misrepresented itself plaintiff seeks retroactive relief treble the voucher payment(s). Or $100,000, whichever the Court may award. Book that verifies plaintiff's claim is available for review upon request. Though Plaintiff, is open to settle the matter out of court. However if the life of this case extends to Court.

1

Plaintiff request it be heard by a Jury.


Donald Smith, Plaintiff
618 W 27TH ST
Norfolk, VA 23517
757-275-6904


Virginia Supportive Housing, Defendant
1333 Diamond Springs Road
Virginia Beach, VA 23455
757-578-1776

Respectfully submitted,

*Donald Smith* 1/18/2018
Donald Smith

"Ghost Writing Certification"

On this Day January 18, 2018 I Donald Smith, Plaintiff Pro Se certify no attorney assisted Plaintiff preparing this petition.

*[signature]*
Donald Smith
618 W 27TH ST
Norfolk, VA 23517

"Certificate of Service"

I hereby certify that on the 18TH of January 2018, I sent true and exact copy of the foregoing pleading; request for Subpoena Duces Tecum; the notice of Lawsuit and Request to waive service of summons along with a self addressed stamped envelope to the Defendant! Via U.S. mail at the address listed in the petition for the Defendant.

Virginia Supportive Housing
1333 Diamond Springs Road
Virginia Beach, VA 23455

*Donald Smith* (signature)

Donald Smith

Plaintiff

618 W 27TH ST

Norfolk, VA 23517

757-275-6904

---

Notice of Lawsuit and request to waive service of summons and self addressed stamped envelope Not file but mail along with pleading to defendant.

4