# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**DONALD SMITH,**

        **Plaintiff,**

  v.

                                        **Action No. 2:18cv36**

**VIRGINIA SUPPORTIVE HOUSING,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Court DISMISSES this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2), and DISMISSES Plaintiff's Motion for Subpoena, ECF No. 4, as moot.

DATED: 3/1/2018                                  FERNANDO GALINDO, Clerk

                                                          By       /s/      
                                                          E. Price, Deputy Clerk